*In re* LILLIAN A. RAMOS BAHAMUNDI.

*Número:* TS-9635      *Resuelto:* 12 de enero de 2006

*Salvador Antonetti Stutts,* procurador general, *Mariana D. Negrón Vargas,* subprocuradora general, y *Noemí Rivera De León,* procuradora general auxiliar; *Pedro Malavet Vega* y *Maritere Brignoni Mártir,* abogados de la parte peticionaria; *Carmen H. Carlos,* directora de la Oficina de

Inspección de Notarías; *Mady Pacheco García de la Noceda*, procuradora del abogado.

## RESOLUCIÓN

Examinada la Cuarta Moción Urgente Solicitando Reinstalación, presentada por la parte peticionaria, se declara "con lugar" y se autoriza la reinstalación de la Sra. Lillian A. Ramos Bahamundi al ejercicio de la abogacía.

*Notifíquese por telefax y por la vía ordinaria.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

<div align="right">

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*